**No. 10-765. Cynthia Young, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Verizon's Bell Atlantic Cash Balance Plan, et al.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5070.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1007, 131 S. Ct. 2924, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3982.

**No. 10-809. Charles Franklin Murdoch, Jr., Petitioner v. Roy Castro, Warden, et al.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5043.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 987, 131 S. Ct. 2442, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3681.

**No. 10-1126. Jacob C. Springer, Petitioner v. Steve Perryman, Judge, Circuit Court of Alabama, Randolph County, et al.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5026.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 988, 131 S. Ct. 2455, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3721.

**No. 10-1142. Michael Selig, Petitioner v. Robert Roeshman.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5050.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 975, 131 S. Ct. 2884, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3434.

**No. 10-1206. Mary Scott Doe, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5039.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1022, 131 S. Ct. 2938, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4045.

**No. 10-1284. In re H. Clark Ford, III, Petitioner.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5052.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 986, 131 S. Ct. 2476, 179 L. Ed. 2d 1237, 2011 U.S. LEXIS 3553.